B17-16763                               CAJ\sbt                               06/01/2017

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION – DAYTON

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 7 |
| | ) | |
| KELLY DENISE HENSLEY | ) | CASE NO. 17-30912 |
| | ) | |
| Debtor | ) | JUDGE LAWRENCE S. WALTER |

**RESPONSE OF FIRST GUARANTY MORTGAGE CORPORATION TO CHAPTER 7 TRUSTEE'S OBJECTION TO MOTION FOR RELIEF FROM STAY**
**(Motion for Relief #15, Objection #19**)

Now comes FIRST GUARANTY MORTGAGE CORPORATION, hereinafter referred to as "FIRST GUARANTY", by and through its attorney, and files the within designated Response to the Chapter 7 Trustee's Objection to Motion for Relief from Stay in which he seeks authority to market and sell the Real Estate at 8009 Volk Drive, Dayton, Ohio 45415, while suggesting that there would be insufficient funds to pay the mortgage loan in full as he mentions a carve out would be needed to provide an asset to the estate, and requests a hearing with respect to same.

FIRST GUARANTY represents that they object to any sale of the property that does not pay their mortgage in full. The Trustee's proposal would prejudice the rights of the secured creditor.

WHEREFORE, FIRST GUARANTY requests that the court grant the requested Motion for Relief from Stay and separate Motion to Compel Trustee Abandonment of 8009 Volk Drive, Dayton, Ohio 45415.

Respectfully submitted,

/s/ Cynthia A. Jeffrey
Reimer Law Co.
Cynthia A. Jeffrey #0062718
Edward A. Bailey #0068073
Peter M. O'Grady #0093349
30455 Solon Road
Solon, Ohio 44139
440-600-5500 - Fax 440-600-5521
cjeffrey@reimerlaw.com
Attorneys for FIRST GUARANTY

CERTIFICATE OF SERVICE

I hereby certify a copy of the foregoing Response of FIRST GUARANTY MORTGAGE CORPORATION to Objection to Claim was served (i) **electronically** on the date of filing through the court's ECF System on all ECF participants register in this case at the email address registered with the court and (ii) **by ordinary U.S. Mail** on June 14, 2017 addressed to:

1. Kelly Denise Hensley, Debtor
   6605 Hidden Knolls Court
   Dayton, OH 45449

2. Montgomery County Treasurer
   451 West Third Street, Second Floor
   Dayton, Ohio 45422

/s/ Cynthia A. Jeffrey
Reimer Law Co.
Cynthia A. Jeffrey #0062718
Edward A. Bailey #0068073
Peter M. O'Grady #0093349
30455 Solon Road
Solon, Ohio 44139
440-600-5500
Fax 440-600-5521
cjeffrey@reimerlaw.com
Attorneys for FIRST GUARANTY