**This document has been electronically entered in the records of the United States Bankruptcy Court for the Southern District of Ohio.**

**IT IS SO ORDERED.**



Lawrence S. Walter
United States Bankruptcy Judge

**Dated: June 30, 2017**

_____

B17-16763                    CAJ\sbt

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION - DAYTON

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 7 |
| | ) | |
| KELLY DENISE HENSLEY | ) | CASE NO. 17-30912 |
| | ) | |
| Debtor | ) | JUDGE LAWRENCE S. WALTER |
| | ) | |
| | ) | PROPERTY ADDRESS: |
| | ) | ** 8009 Volk Drive |
| | ) |    Dayton, OH 45415 |

**ORDER GRANTING FIRST GUARANTY MORTGAGE CORPORATION**
**MOTION FOR RELIEF FROM STAY (Re: Docket #15)**

This matter came to be considered on the Motion for Relief from Stay (the "Motion") filed by FIRST GUARANTY MORTGAGE CORPORATION, hereinafter referred to as "FIRST GUARANTY", with respect to the collateral described on Exhibit "A" a copy of which is attached hereto.

FIRST GUARANTY has alleged that good cause exists for granting the Motion and that Debtor, counsel for Debtor, the Chapter 7 Trustee, and all other necessary parties were served with the Motion and Notice of Motion in compliance with L.B.R. 9013-3. **On May 24, 2017, the Chapter 7 Trustee filed an Objection to the Motion [Docket #19] but his Objection was subsequently withdrawn on June 16, 2017 [Docket #29].** The notice period applicable to the underlying motion has passed and no **other** party filed a response or otherwise appeared in opposition to the Motion.

Based on this, it appears appropriate to grant the relief requested.

**IT IS, THEREFORE, ORDERED:**

The Motion is granted and the automatic stay imposed by §362 of the Bankruptcy Code is terminated with respect to FIRST GUARANTY and the collateral.

**IT IS SO ORDERED.**

Submitted by:

/s/ Cynthia A. Jeffrey
Reimer Law Co.
Cynthia A. Jeffrey #0062718
Edward A. Bailey #0068073
Peter M. O'Grady #0093349
30455 Solon Road, Solon, Ohio 44139
440-600-5500 - Fax 440-600-5521
cjeffrey@reimerlaw.com
Attorneys for FIRST GUARANTY

## EXHIBIT A
## LEGAL DESCRIPTION

Situate in the City of Clayton, County of Montgomery, State of Ohio and Being Lot Numbered Eight (8) First Addition to the Johnson Plat as recorded in Plat Book "X", Page(s) 24, of the Plat Records of Montgomery County, Ohio.

Parcel No. M60-16409-0008

Copies to:

Default List

County Treasurer
451 West Third Street, Second Floor
Dayton, Ohio 45422

# # #